IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Alexander, Karen A

Printed: 3/25/08

Case Number: 06 B 12108
Judge: Hollis, Pamela S
Filed: 9/26/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 14, 2008
Confirmed: November 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,194.32 |  |
| Secured: |  | 11,479.67 |
| Unsecured: |  | 0.00 |
| Priority: |  | 2,033.31 |
| Administrative: |  | 2,526.50 |
| Trustee Fee: |  | 855.98 |
| Other Funds: |  | 298.86 |
| Totals: | 17,194.32 | 17,194.32 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,526.50 | 2,526.50 |
| 2. | Grio Holdings | Secured | 0.00 | 0.00 |
| 3. | First Horizon Home Loans Corp | Secured | 0.00 | 0.00 |
| 4. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 5. | Internal Revenue Service | Secured | 4,385.52 | 4,385.52 |
| 6. | Grio Holdings | Secured | 3,000.00 | 3,000.00 |
| 7. | First Horizon Home Loans Corp | Secured | 12,856.50 | 4,094.15 |
| 8. | Illinois Dept of Revenue | Priority | 1,053.52 | 440.86 |
| 9. | Internal Revenue Service | Priority | 3,730.07 | 1,592.45 |
| 10. | Internal Revenue Service | Unsecured | 19,478.30 | 0.00 |
| 11. | Mutual Hospital Services/Alverno | Unsecured | 7,825.35 | 0.00 |
| 12. | Think Federal Credit Union | Unsecured | 336.65 | 0.00 |
| 13. | Creditors Collection Bur | Unsecured | 557.95 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 259.16 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 361.06 | 0.00 |
| 16. | Fidelity Information Corp. | Unsecured | 38.88 | 0.00 |
| 17. | Asset Acceptance | Unsecured | 59.36 | 0.00 |
| 18. | Illinois Dept of Revenue | Unsecured | 154.80 | 0.00 |
| 19. | Verizon Wireless | Unsecured | 115.25 | 0.00 |
| 20. | City Of Chicago Dept Of Revenue | Unsecured | 162.00 | 0.00 |
| 21. | American General Finance | Secured |  | No Claim Filed |
| 22. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 23. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 24. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 25. | Creditors Collection Bur | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Alexander, Karen A | Case Number: 06 B 12108 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 3/25/08 | Filed: 9/26/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Park Dansan | Unsecured | | No Claim Filed |
| 27. | TCF Bank | Unsecured | | No Claim Filed |
| 28. | Dependon Collections Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 56,900.87 | $ 16,039.48 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 451.06 |
| 5.4% | 404.92 |
| | _____ |
| | $ 855.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____